UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

KIM WINROW, on behalf of herself and all
others similarly situated,

                              Plaintiff,

v.                                         Case No. 3:24-cv-00029-RSB-JCH

HILL VALLEY HEALTHCARE, LLC AND
FORK UNION SNF OPERATIONS LLC,

                              Defendant.

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY CERTIFICATION
AND APPROVAL OF SETTLEMENT CLASS**

Plaintiff Kim Winrow ("Plaintiff") on behalf of herself and all others similarly situated ("Plaintiffs"), without opposition of Defendants Hill Valley Healthcare, LLC ("HVH") and/or Fork Union SNF Operations LLC ("Fork Union") (HVH and Fork Union referred to collectively as "Defendants," with Plaintiffs and Defendants referred to, collectively, as the "Parties"), respectfully move the Court to 1) preliminarily certify the proposed Settlement Class identified below solely and exclusively for the purpose of settlement consistent with Rule 23 of the Federal Rules of Civil Procedure; 2) preliminarily approve the Settlement and Release Agreement ("Agreement") between the Parties; and 3) set a fairness hearing to address the same. A copy of the Agreement is attached as Exhibit 1 to this Motion.

The proposed Settlement Class is defined as 128 individuals meeting the following definition:

>Employees of the Oakhurst Health & Rehabilitation ("Oakhurst") and/or Holly Manor Rehab & Nursing ("Holly Manor") facilities who worked overtime in any workweek during which they were paid any bonus(es) or shift differential(s) at any time from May 1, 2022 through April 10, 2025 (the "Relevant Period").

Individuals without damages under Plaintiff's calculations have been excluded.

If the Court grants preliminary approval, the Claims Administrator selected by the Parties will distribute the Notice of Settlement and accompanying forms to Settlement Class Members. A copy of the proposed Notice to the 128 individuals identified above is attached as Exhibit B to the Agreement. Once the Notice Period has concluded, the Parties will appear before the Court for final approval of the settlement.

This Motion is based on the accompanying Memorandum of Law, Declarations of Tim Coffield and Zev Antell, the associated exhibits, and the entire record of this action.

Respectfully submitted,

KIM WINROW, on behalf of herself and others similarly situated,
By Counsel


/s/Timothy Coffield
Timothy Coffield (VSB 83430)
COFFIELD PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636
tc@coffieldlaw.com

Zev H. Antell (VSB No. 74634)
ButlerCurwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
804.648.4848
zev@butlercurwood.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025, I electronically filed the foregoing document with the clerk of the court using the electronic case filing system which will send notice of the same to all counsel of record.

/s/ Timothy Coffield