UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

KIM WINROW, on behalf of herself and all
others similarly situated,

                                 Plaintiff,

v.                                                 Case No. 3:24-cv-00029-RSB-JCH

HILL VALLEY HEALTHCARE, LLC AND
FORK UNION SNF OPERATIONS LLC,

                                 Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS' FEES & COSTS, AND SERVICE AWARDS**

Plaintiff Kim Winrow, on behalf of herself and all others similarly situated (the "Settlement Class") respectfully moves this Court for final approval of the class action settlement and for final approval of Plaintiff's request for attorneys' fees and costs consistent with same. This Motion is based on the accompanying Memorandum of Law and the entire record of this action.

Respectfully submitted,

KIM WINROW, on behalf of herself and others similarly situated,
By Counsel

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
COFFIELD PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636

1

tc@coffieldlaw.com

Zev H. Antell (VSB No. 74634)
ButlerCurwood, PLC
140 Virginia Street, Suite 302
Richmond, VA 23219
804.648.4848
zev@butlercurwood.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically filed the foregoing document with the clerk of the court using the electronic case filing system which will send notice of the same to all counsel of record.

/s/ Timothy Coffield